IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

VALHALLA HOMES LLC,                          )
                                             )
                Plaintiff,                   )    TC-MD 140026C
                                             )
        v.                                   )
                                             )
DESCHUTES COUNTY ASSESSOR,                   )
                                             )
                Defendant.                   )    **FINAL DECISION**

The court entered its Decision in the above-entitled matter on February 6, 2014. The court did not receive a request for an award of costs and disbursements (TCR-MD 19) within 14 days after its Decision was entered. The court's Final Decision incorporates its Decision without change.

This matter is before the court on Defendant's Answer filed February 5, 2014. Plaintiff filed its Complaint on January 21, 2014, requesting that the total real market value of property identified as Account 208919 be no more than $133,500 for the 2013-14 tax year. In its Answer, Defendant "[a]grees to lower the 2013 real market value on account 208919 to the requested value of $133,500." Because the parties are in agreement, this matter is ready for decision. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THE COURT that the total real market value of property identified as Account 208919 is $133,500 for the 2013-14 tax year.

Dated this ____ day of February 2014.

_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.*

*This document was signed by Magistrate Dan Robinson on February 25, 2014. The Court filed and entered this document on February 25, 2014.*